of Connecticut

Paul Williams # 379568

Civ. Act. No:

V.

"Osborn medical Dept."

"Dental Doctor Jane Doe"

( )

( )

# Complaint:

This is a civil Rights action filed by Paul Williams #379568, a state prisoner, for damages and injunctive Relief under 42 U.S.C. § 1983, Alleging Intentional deliberate Indifference, and Retaliation, and Intentional Infliction of Emotional Distress in violation of my First, Eighth Amendment Rights to the United States Constitution. plaintiff also alleges tort of assault and battery. This court has jurisdiction over plaintiff's claims of federal Constitutional Rights under 42 U.S.C. § 1331 (1) and 1343. plaintiff also gives jurisdiction over plaintiff state law tort claims under 28 U.S.C. § 1367. which defendants had acted under Color of state law when these incidents had occurred, and is being sued in their Official and Individual Capacities for monetary, and injunctive, and Declaratory Relief which the plaintiff seeks.

# Parhes :

1) plaintiff, "Paul Williams", is a Connecticut inmate at Osborn facility when these events had occurred, his address is Osborn C.I. po Box 100, 335 Bilton Rd. Somers Ct. 06071

2) Defendant, "Osborn medical Dept, or medical staff," and acted under color of state law when these events occurred, and failed to act, these defendants is at the Osborn C.I. medical facility at Osborn C.I p.o. Box 100, 335 Bilton Rd. Somers Ct, 06071.

3) Defendant, Dental Doctor, "Jane Doe", this defendant had performed surgery on my mouth when the incident had occurred, and acted under Color of state law, she works at Osborn C.I. po Box 100; 335 Bilton Rd. Somers, Ct. 06071,

4) (                                                                        )

5) (                                                                        )

# Facts :

6) On 12/3/19, plaintiff had written the Osborn medical department about a bad tooth in my mouth which was causing me pain. which the medical department did not respond to my request to be seen.

7) on 12/20/19, plaintiff had written once again to the medical department, and there was no response.

②

8) On 2/6/20, plaintiff had been experiencing "severe excruciating pain" within his head, mouth, tooth area.

9) Plaintiff face became swollen, and plaintiff could not sleep, and barely eat, or open his mouth without severe excruciating pain.

10) Moreover, the medical department had refused to answer the plaintiff Request for medical attention. None of the plaintiff Request were being Returned. plaintiff had to ask other inmates for tylenol and motrins to mitigate some of the pain. which was futile.

11) Around march 2020, a medical staff came to my cell, and stated that due to covid-pandemic that I would not be able to see the Doctor at Dental. I asked why, and please give me the reason in writing. which the RN Jane Doe, had Refused to give me anything in writing and walked away without giving me her name.

12) On April 18, 2020, I written another Request to be seen. I never Recieved no Response.

13) In June 2020, my tooth was Bleeding, gums swollen, and leakage comming out the infected area. I went to the Block officer to complain. No one would help me.

③

14) Around June 26, I was in so much pain, I spoke to Capt. Colon, and the Lt.'s, and they told me to write a grievance, which I followed their Direction. however, the grievance never gotten Responded too. the medical Department had ignored my grievance and my Requests slip to bee seen.

15) In July 2020, I could not take the pain any longer, I told the Block officer in C-Block housing unit that "I need to see the medical unit, I am in severe "excruciating pain ..." "I am not locking in the cell like this any longer." at that point, I was called down to the medical Department. which the Dental Doctor "Jane Doe", had pulled my tooth out.

16) "Jane Doe", had stated that "I heard that you were causing a big problem about this tooth, you've been complaining".. during the surgery and removal of my bad infected tooth, "Jane Doe", had damaged my good tooth by Drilling and cracking my good tooth. which she had stated "since you been Rushing me to pull your bad tooth and complaining to everybody; now I fucked up one of your good tooth, next time this will teach you to Have patience." Based on this defendant hustle Attitude towards me, was Direct evidence that she damaged my good tooth maliciously and intentionally to cause me severe harm because I filed grievance and complaints.

17) plaintiff have filed grievance and complaints which the defendants had frustrated and Impeded the grievance process. plaintiff had filed grievances with respect to all defendants and all claims which the defendants had frustrated my process. which has left me with no other adequate Remedy at Law to Redress the wrong herein.

# CLAIMS :

18) Count ONE :         <u>Deliberate Indifference</u>

Plaintiff hereby Realleges, and incorporates by Reference in paragraphs ( 1-17 ) as fully Restated herein ...

Defendant "Jane Doe (                    )", and medical staff, had Known and was aware that the plaintiff had a bad infected tooth in his mouth and he suffered from severe excruciating pain and was in need of sergery to have the tooth pulled, but Refuse to call the plaintiff down for over six months to have the tooth pulled. the delay of access to medical treatment by these defendants for over six months had caused the plaintiff to have perminant damages to his other teeth, and continue pain in his mouth and gums. further, due to the defendant hostile attitude towards the plaintiff during the sergery during the Removal of my bad tooth and the hostile statement by Jane Doe directly demonstrate deliberate Indifference. see paragraph (16). which was unreasonable and constitutes unconstitutional condition of Confinement and deliberate Indifference.

19) Therefore, this defendants are being sued in her "Official" and "Individual capacities" for violating the plaintiff Eighth Amendment Right of the United States Constitution; for Deliberate Indifference.

⑤

Count two :        Retaliation

20)

Plaintiff Realleges, and incorporates by Reference in paragraphs
( 1-17 ) as fully restated herein ...

21) Defendant "Jane Doe (              )", had damaged the plaintiff
good tooth out of Retaliation for the plaintiff Requesting immediate medical
attention after waiting for over six months to be seen by the dentist office.
which Jane Doe had Drilled the plaintiff Good tooth to cause the
plaintiff harm because the plaintiff complained and filed grievances about
being denied medical attention in violation of the plaintiffs First Amendment
Rights of the United States Constitution. which this defendant is being
sued in her official and Individual Capacity. which Jane doe
had Retaliated and damage the plaintiff good tooth on purpose to teach
me a lesson. Therefore, Jane doe is sued.

## Damage Award :

22)

Plaintiff Request a trial by Jury on
all triable claims.

⑥

23) <u>Damages :</u>

Defendant

("Osborn medical staff")  $ __100,000,00__

("Dental Doctor,
Jane Doe")  $ __150,000,00__

24) <u>Verification :</u>

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that all the Information within this Complaint is true and correct.

Date: 9/25/20

Sign: Paul William

⑦